EMR:EWS/BG
F. #2026R000058

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

DAN SOHAIL,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No.   26-CR-127 (ENV)
(T. 18, U.S.C., §§ 247(a)(1) and 3551
et seq.)

THE UNITED STATES ATTORNEY CHARGES:

DAMAGE TO RELIGIOUS PROPERTY

On or about January 28, 2026, within the Eastern District of New York and elsewhere, the defendant DAN SOHAIL did knowingly and intentionally deface, damage and destroy religious real property, to wit: Chabad Headquarters, located at 770 Eastern Parkway, Brooklyn, New York, because of the religious character of that property.

(Title 18, United States Code, Sections 247(a)(1) and 3551 et seq.)

_Joseph Nocella_
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

HARMEET DHILLON
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE