Docket Number: 26cr127-ENV-1

Criminal Cause for Sentencing

Date Received by Docket Clerk: _____          Docket Clerk Initials: _____

Before Judge: *Eric N. Vitaliano*     Date: 7/29/2026     Time in Court: 45 minutes

Defendant: Dan Sohail

Defendant: # 1

X *Present*                                             *X  Custody*

Defense Counsel: Mia Eisner-Gynberg
AUSA: Eric Silverberg and Brachah Goykadosh
Probation Officer: Erica Vest
Pretrial Officer: n/a
Court Reporter: Annette Montalvo
Interpreter: n/a
Case Manager: William Villanueva

**Text:**

Imprisonment: Time Served, plus seven 7 days.

Probation: ---

Supervised Release:--- 1 year.

Special Assessment: $100.00

Fine: no fine

Restitution: $19,010.21

Dismissed Charges: no open counts

Surrender Date: n/a

***PLEASE SEE J&C FOR ADDITIONAL DETAILS AND SPECIAL CONDITIONS***